[No. 44549-2-II. Division Two. July 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN W. BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00105-7, Amber L. Finlay, J., entered February 11, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Hunt and Maxa, JJ.

[No. 44691-0-II. Division Two. July 15, 2014.]

*In the Matter of the Personal Restraint of* MARK LEE MILLER, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Hunt, J.

[No. 31208-9-III. Division Three. July 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN BENTURA OZUNA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-1-01529-2, Michael G. McCarthy, J., entered October 16, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Korsmo, J.; Siddoway, C.J., dissenting in part.

[No. 31407-3-III. Division Three. July 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL C. HARTZELL, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 12-1-00110-5, William D. Acey, J., entered January 7, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.